IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) JOSEPH RAY SMITH, individually, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 5:12-cv-00052-C |
| | ) | |
| (1) LIBERTY MUTUAL FIRE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the attorneys of record for all parties and hereby stipulate and agree that the above captioned cause may be dismissed with prejudice to further litigation pertaining to all matters involved herein, and state that a compromise settlement covering all claims has been made between and among the parties, with each party to bear its own attorney fees and costs.

Said parties hereby request the Court Clerk show this action as dismissed with prejudice pursuant to this stipulation.

Respectfully submitted,

/s/ Barbara K. Buratti
Tim D. Cain, OBA # 11779
Barbara K. Buratti, OBA # 12231
Wilson, Cain & Acquaviva
300 Northwest 13th Street, Suite 100
Oklahoma City, Oklahoma 73103
Telephone: 405-236-2600
Facsimel: 405-236-2607
TimC@wcalaw.com
BarbaraB@wcalaw.com
*Attorneys for Defendant*

~and~

/s/ Gary B. Homsey
Gary B. Homsey, OBA #4339
Homsey, Cooper, Hill & Carson
4816 Classen Boulevard
Oklahoma City, OK 73118
Telephone: 405-843-9923
Fax: 405-848-4223
Gbh@homseylawcenter.com
*Attorneys for Plaintiff*